BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MARISSA HARRIS (DCBN 997421)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5061
  Fax: (408) 535-5066
  marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 16-CR-00099 BLF |
| Plaintiff, | REVISED JOINT STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME FROM NOVEMBER 8, 2016 TO DECEMBER 20, 2016 |
| v. | AND ORDER |
| BRIAN MIGNOSA, | |
| Defendant. | |

JOINT STIPULATION

On September 20, 2016, the parties appeared before the Honorable Beth L. Freeman for a status conference. At the hearing, counsel informed the Court that additional time was needed to evaluate potential resolutions of the case. The parties agreed to a continuance and the matter was placed on the Court's calendar for November 8, 2016, at 9:00 a.m., for a status hearing or change of plea.

Prior to the November 8, 2016 hearing, the parties conferred and determined that the defendant needs additional time to review the government's edits to the proposed plea agreement. Accordingly, the parties jointly request a continuance until December 20, 2016, at 9:00 a.m., for change of plea.

The parties hereby stipulate that the time between November 8, 2016 and December 20, 2016, at 9:00 a.m., should be excluded from the period of time within which the defendant's trial must

commence pursuant to the Speedy Trial Act in order to allow each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

DATED: November 7, 2016

/s/
MARISSA HARRIS
Assistant United States Attorney

DATED: November 7, 2016

/s/
ALBIE JACHIMOWICZ
Counsel for Brian Mignosa

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the hearing currently scheduled for November 8, 2016 is vacated and continued to December 20, 2016, at 9:00 a.m. The Court FURTHER ORDERS that the time between November 8, 2016 and December 20, 2016, at 9:00 a.m., is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: Nov 8, 2016

BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE